UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| WILSON JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14CV159 SNLJ |
| | ) | |
| MISSOURI DEPARTMENT OF CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's notice of appeal. Plaintiff, a prisoner, has neither paid the appellate filing fee nor filed a motion for leave to proceed in forma pauperis on appeal.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within thirty (30) days of the date of this Order, either pay the $505 appellate filing fee **or** file a motion to proceed in forma pauperis on appeal with a certified copy of his prisoner account statement.

**IT IS FURTHER ORDERED** that the Clerk shall send plaintiff a copy of the prisoner in forma pauperis form.

Dated this 16th Day of March, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE